Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____   Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **Piscataway Bay Holdings LLC** |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**

_8_ _7_ – _4_ _5_ _6_ _8_ _5_ _8_ _4_

**4. Debtor's address**

**Principal place of business**

**10115 Walker Woods Drive**
Number      Street

**Great Falls, VA 22066**
City                          State      ZIP Code

**Fairfax**
County

**Mailing address, if different from principal place of business**

Number      Street

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number      Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Piscataway Bay Holdings LLC**_____    Case number *(if known)*_____

Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District_____  When_____  Case number_____

MM / DD / YYYY

District_____  When_____  Case number_____

MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.  Debtor  **Tristate Development, LLC**_____    Relationship  **Affiliate**_____

District  **District of Maryland**_____    When  **3/25/2025**_____

MM / DD / YYYY

Case number, if known _____

Debtor   **Piscataway Bay Holdings LLC**                                    Case number *(if known)*
Name

| 11. Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed. |

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number            Street

_____

City                                              State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency   _____

Contact name   _____

Phone   _____

## Statistical and administrative information

| 13. Debtor's estimation of available funds? | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☑ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor   **Piscataway Bay Holdings LLC**
Name                                                                  Case number *(if known)*

**16. Estimated liabilities**

- [ ] $0-$50,000
- [ ] $50,001-$100,000
- [x] $100,001-$500,000
- [ ] $500,001-$1 million
- [ ] $1,000,001-$10 million
- [ ] $10,000,001-$50 million
- [ ] $50,000,001-$100 million
- [ ] $100,000,001-$500 million
- [ ] $500,000,001-$1 billion
- [ ] $1,000,000,001-$10 billion
- [ ] $10,000,000,001-$50 billion
- [ ] More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --**   Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/25/2025**
MM/ DD/ YYYY

**X** **/s/ Lahyan Diab**                                          **Lahyan Diab**
Signature of authorized representative of debtor                  Printed name

Title   **Managing member**

**18. Signature of attorney**

**X** **/s/ Steven Greenfeld**                    Date **03/25/2025**
Signature of attorney for debtor                    MM/ DD/ YYYY

**Steven Greenfeld**
Printed name

**Law Office of Steven H. Greenfeld**
Firm name

**325 Ellington Blvd, #610**
Number          Street

**Gaithersburg**                         **MD**      **20878**
City                                     State     ZIP Code

_____        **steveng@cohenbaldinger.com**
Contact phone                          Email address

**06744**                                **MD**
Bar number                              State

Fill in this information to identify the case:

Debtor Name **Piscataway Bay Holdings LLC**

United States Bankruptcy Court for the: District of **Maryland**
(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. Does the debtor have any cash or cash equivalents?

   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number

   3.1. _____    _____    ___ ___ ___ ___    _____

   3.2. _____    _____    ___ ___ ___ ___    _____

4. **Other cash equivalents** *(Identify all)*

   4.1 _____    _____

   4.2 _____    _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.    _____

| Part 2: | Deposits and prepayments |
| --- | --- |

6. Does the debtor have any deposits or prepayments?

   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____    _____

Debtor   **Piscataway Bay Holdings LLC**                         Case number *(if known)* _____
_____
Name

---

7.2  _____     _____

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1  _____     _____

8.2  _____     _____

9.   **Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.                    [ _____ ]

---

| Part 3: | Accounts receivable |
|---|---|

10.  **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

|  |  | **Current value of debtor's interest** |
|---|---|---|

11.  **Accounts receivable**

11a. 90 days old or less:   _____ - _____ =..... ➡   _____
                           face amount        doubtful or uncollectible accounts

11b. Over 90 days old:      _____ - _____ =..... ➡   _____
                           face amount        doubtful or uncollectible accounts

12.  **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.     [ _____ ]

---

| Part 4: | Investments |
|---|---|

13.  **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1  _____     _____   _____

14.2  _____     _____   _____

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                            % of ownership:

15.1. _____     _____   _____   _____

15.2. _____     _____   _____   _____

---

Debtor     **Piscataway Bay Holdings LLC**
_____   Case number *(if known)* _____
Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____     _____   _____

    16.2 _____     _____   _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

    | |
    |---|
    | |

---

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.

    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20. Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21. Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22. Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

    | |
    |---|
    | |

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No

    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No

    ☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

---

Debtor    **Piscataway Bay Holdings LLC**                         Case number *(if known)* _____
          Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| | | | |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.    [_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

  ☐ No

  ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

---

Debtor    **Piscataway Bay Holdings LLC**                                    Case number *(if known)* _____
          Name

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** | _____ | _____ | _____ |
| 40. | **Office fixtures** | _____ | _____ | _____ |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | _____ | _____ | _____ |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 _____ | _____ | _____ | _____ |
| | 42.2 _____ | _____ | _____ | _____ |
| | 42.3 _____ | _____ | _____ | _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                                             _____

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 _____ | _____ | _____ | _____ |
| | 47.2 _____ | _____ | _____ | _____ |
| | 47.3 _____ | _____ | _____ | _____ |
| | 47.4 _____ | _____ | _____ | _____ |

Debtor    **Piscataway Bay Holdings LLC**              Case number *(if known)* _____
<br>      Name

---

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

     48.1 _____    _____    _____    _____

     48.2 _____    _____    _____    _____

49. **Aircraft and accessories**

     49.1 _____    _____    _____    _____

     49.2 _____    _____    _____    _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     _____    _____    _____    _____

51. **Total of Part 8**

     Add lines 47 through 50. Copy the total to line 87.               [_____]

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

     ☑ No
     ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

     ☑ No
     ☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

     ☐ No. Go to Part 10.
     ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Lots 4-10 in the subdivision "Section One, Piscataway Bay", Prince George's County, Maryland** / **0 Cedar Avenue Fort Washington, MD 20744** | Fee Simple | unknown | | $525,000.00 |

56. **Total of Part 9**

     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.       [$525,000.00]

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

     ☑ No
     ☐ Yes

---

Debtor    **Piscataway Bay Holdings LLC**
_____
     Name

Case number *(if known)* _____

---

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
    Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

**Schedule A/B: Assets — Real and Personal Property**

Debtor    **Piscataway Bay Holdings LLC**    Case number *(if known)* _____
          Name

---

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**71.** **Notes receivable**

Description (include name of obligor)

_____  _____ – _____ = ➔  _____
                        Total face amount   doubtful or uncollectible amount

**72.** **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____  Tax year _____  _____

_____  Tax year _____  _____

_____  Tax year _____  _____

**73.** **Interests in insurance policies or annuities**

_____  _____

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____  _____

Nature of claim    _____

Amount requested    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____  _____

Nature of claim    _____

Amount requested    _____

**76.** **Trusts, equitable or future interests in property**

_____  _____

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____  _____

_____  _____

**78.** **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90.    _____

---

Debtor    **Piscataway Bay Holdings LLC**                                    Case number *(if known)* _____
          _____
          Name

| | |
|---|---|
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** |
| | ☑ No |
| | ☐ Yes |

**Part 12:**     Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | _____ | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | _____ | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | _____ | |
| 83. **Investments.** *Copy line 17, Part 4.* | _____ | |
| 84. **Inventory.** *Copy line 23, Part 5.* | _____ | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | _____ | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | _____ | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | _____ | |
| 88. **Real property.** *Copy line 56, Part 9*............................................................➔ | | $525,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | _____ | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + _____ | |
| 91. **Total.** *Add lines 80 through 90 for each column.*............91a. | $0.00 | + 91b. $525,000.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. .................................................................... | | $525,000.00 |

Fill in this information to identify the case:

Debtor name **Piscataway Bay Holdings LLC**

United States Bankruptcy Court for the: District of **Maryland**
(State)

Case number (if known):

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** **Creditor's name**
C Store, Inc.

**Creditor's mailing address**
5500 Island Estates Drive 1008N

Aventura, FL 33160

**Creditor's email address, if known**

Date debt was incurred    1/21/2022

Last 4 digits of account number  __ __ __ __

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.
1) C Store, Inc.; 2) Prince George's County, Maryland; 3) C Store, Inc.; **4) C Store, Inc.**

**Describe debtor's property that is subject to a lien**
Lots 4-10 in the subdivision "Section One, Piscataway Bay", Prince George's County, Maryland

**Describe the lien**
1ST DEED OF TRUST

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| | $150,000.00 | $525,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $327,999.75

Debtor **Piscataway Bay Holdings LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2** **Creditor's name**

C Store, Inc.

**Creditor's mailing address**

5500 Island Estates Drive 1008N

Aventura, FL 33160

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　　_____
　　_____

　☑ Yes. The relative priority of creditors is specified on lines __2.1__

**Describe debtor's property that is subject to a lien**

Lots 4-10 in the subdivision "Section One, Piscataway Bay", Prince George's County, Maryland

**Describe the lien**

2nd deed of trust

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

|  |  |
|---|---|
| $115,000.00 | $525,000.00 |

Debtor **Piscataway Bay Holdings LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** **Creditor's name**

C Store, Inc.

**Creditor's mailing address**

5500 Island Estates Drive 1008N

Aventura, FL 33160

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

  ☑ Yes. The relative priority of creditors is specified on lines **2.1**

**Describe debtor's property that is subject to a lien**

Lots 4-10 in the subdivision "Section One, Piscataway Bay", Prince George's County, Maryland

**Describe the lien**

3rd deed of trust

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| **$58,000.00** | **$525,000.00** |

Debtor    **Piscataway Bay Holdings LLC**                                    Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.4** Creditor's name

**Prince George's County, Maryland**

**Describe debtor's property that is subject to a lien**

Lots 4-10 in the subdivision "Section One, Piscataway Bay", Prince George's County, Maryland

**$4,999.75**        **$525,000.00**

Creditor's mailing address

**14741 Governor Oden Bowie**
**Drivee Suite 1090**

**Upper Marlboro, MD 20772**

**Describe the lien**

**Statutory lien**

Creditor's email address, if known

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred _____

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Last 4 digits of account number    __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?

☐ No
☑ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☑ Yes. The relative priority of creditors is specified on lines **2.1**

Debtor  **Piscataway Bay Holdings LLC**
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Pardo, Jason**<br>**4400 Jenifer Street Suite 2**<br>**Washington, DC 20015** | Line 2. _1_ | __ __ __ __ |
| **Pardo, Jason**<br>**4400 Jenifer Street Suite 2**<br>**Washington, DC 20015** | Line 2. _3_ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name **Piscataway Bay Holdings LLC**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☑ No. Go to Part 2.

☐ Yes. Go to line 2.

**2.**  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

**2.2** Priority creditor's name and mailing address

_____

_____

_____

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** __ __ __ __

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ____

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**

_____

**Is the claim subject to offset?**

☐ No

☐ Yes

Debtor __**Piscataway Bay Holdings LLC**_____     Case number *(if known)* _____
Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.2** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.3** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

**3.4** Nonpriority creditor's name and mailing address

_____

_____

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☐ No
☐ Yes

_____

Debtor    **Piscataway Bay Holdings LLC**                                    Case number *(if known)* _____
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | Total of claim amounts |
|---|---|---|---|

5a.    **Total claims from Part 1**           5a.              **$0.00** _____

5b.    **Total claims from Part 2**           5b.    **+**    **$0.00** _____

5c.    **Total of Parts 1 and 2**             5c.              **$0.00** _____
       Lines 5a + 5b = 5c.

Fill in this information to identify the case:

Debtor name __**Piscataway Bay Holdings LLC**__

United States Bankruptcy Court for the:

__**District of Maryland**__

Case number (if known): _____    Chapter __11__

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

    ☒ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

    ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest _____ <br><br> State the term remaining _____ <br><br> List the contract number of any government contract _____ | _____ <br> _____ <br> _____ <br> _____ <br> _____ |

Fill in this information to identify the case:

Debtor name **Piscataway Bay Holdings LLC**

United States Bankruptcy Court for the: District of **Maryland**
(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

| | |
|---|---|
| **1.** | **Does the debtor have any codebtors?** |
| | ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form. |
| | ☑ Yes |
| **2.** | **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2. |

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | **Diab, Lahyan** | **10115 Walker Woods Drive**<br>Street | **C Store, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Great Falls, VA 22066**<br>City          State          ZIP Code | **C Store, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| | | | **C Store, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 | **Tristate Development LLC** | **1015 Walker Woods Drive**<br>Street | **C Store, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Great Falls, VA 22066**<br>City          State          ZIP Code | **C Store, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | _____<br>Street<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | _____<br>Street<br>_____<br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Official Form 206H                    Schedule H: Codebtors                    page 1 of **2**

Debtor    **Piscataway Bay Holdings LLC**                                    Case number (if known) _____
Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.5 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |
| 2.6 | _____ | Street _____ _____ City    State    ZIP Code | _____ | ❑ D ❑ E/F ❑ G |

**Fill in this information to identify the case:**

Debtor name          **Piscataway Bay Holdings LLC**

United States Bankruptcy Court for the:

**District of Maryland**

Case number (if known): _____    Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals                    **12/15**

**Part 1:    Summary of Assets**

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real Property:**

   Copy line 88 from *Schedule A/B*.......................................................................................    | **$525,000.00** |

   1b. **Total personal property:**

   Copy line 91A from *Schedule A/B*......................................................................................    | **$0.00** |

   1c. **Total of all property:**

   Copy line 92 from *Schedule A/B*........................................................................................    | **$525,000.00** |

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................    | **$327,999.75** |

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

   Copy the total claims from Part 1 from line 5a of *Schedule E/F*....................................................    | **$0.00** |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................    **+** | **$0.00** |

4. **Total liabilities**.......................................................................................................................    | **$327,999.75** |

   Lines 2 + 3a + 3b

Fill in this information to identify the case:

Debtor name          **Piscataway Bay Holdings LLC**

United States Bankruptcy Court for the:

        **District of Maryland**

Case number (if known): _____

☐ Check if this is an
   amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |

Debtor   **Piscataway Bay Holdings LLC**                                          Case number *(if known)*
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim. If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MARYLAND**
**GREENBELT DIVISION**

IN RE: **Piscataway Bay Holdings LLC**                          CASE NO

                                                               CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date ____**03/25/2025**____     Signature _____**/s/ Lahyan Diab**_____
                                                    Lahyan Diab, Managing member

C Store, Inc.
5500 Island Estates Drive 1008N
Aventura, FL 33160

Lahyan Diab
10115 Walker Woods Drive
Great Falls, VA 22066

Jason Pardo
4400 Jenifer Street Suite 2
Washington, DC 20015

Prince George's County, Maryland
14741 Governor Oden Bowie Drivee Suite 1090
Upper Marlboro, MD 20772

Tristate Development LLC
1015 Walker Woods Drive
Great Falls, VA 22066